IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROGER DALE WILLIAMS                                                                          PLAINTIFF

V.                              CASE NO. 4:14-cv-00163-JTK

CAROLYN W. COLVIN, *Acting Commissioner,*                                  DEFENDANT
Social Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed, and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 24th day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE